ATLANTIC CITY, DEFENDANT IN CERTIORARI, v. ALBERT
DEHN, PLAINTIFF IN CERTIORARI.

#### SAME v. SAME.

Argued November 10, 1902—Decided February 24, 1903.

Proof that a person was the driver of a "licensed bus" in a city, does
not show that this compelled him to be a common carrier, and
required to carry passengers for legal fare.

On *certiorari.*

Before Justices GARRISON and GARRETSON.

For the plaintiff in error, *Ulysses G. Styron.*

For the defendant in error, *Harry Wootlon.*

PER CURIAM.

These two cases were argued together. In the first case,
which was No. 111 on the list, there was a conviction under
an ordinance for refusing to carry passengers for legal fare.
The testimony fails to show that the prosecutor was one of
the class named in the ordinance, namely, that he was in the
business of driving an omnibus for fare. He may have been
in private employ.

In No. 112 there is a conviction for refusing to carry a
passenger. The proof is that the plaintiff in error was the
driver of a "licensed bus." There is nothing in the proofs
to show that this compelled him to be a common carrier.

In each case the conviction is set aside.